AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| MARY L. MCDERMOTT, <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br> *Defendant* | Civil Action No.   1:15-CV-0984 <br><br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

X   other:   JUDGMENT be and is hereby ENTERED in favor of defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, and against plaintiff MARY L. MCDERMOTT, as follows: The decision of the Commissioner of Social Security denying the application for a period of disability and disability insurance benefits of Mary L. McDermott is AFFIRMED, in accordance with the court's order (Doc. 23), dated November 29, 2016.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date:   Nov 29, 2016         PETER WELSH, *ACTING CLERK OF COURT*

                                                                          K. McKinney

                                                                          *Signature of Clerk or Deputy Clerk*